UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIAM BRYON LEONARD,<br><br>                    Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                    Respondents. | Case No. 2:99-cv-0360-MMD-DJA<br><br>ORDER |

The parties in this case have stipulated to a 14-day enlargement of time for the Petitioner to file his Reply to the State's Responses to his Motion for Discovery and his Motion for Evidentiary Hearing. (ECF No. 242.) Good cause appearing, the Court grants the extension.

It is therefore ordered that Petitioner must file his Replies on or before June 16, 2022.

DATED THIS 2nd Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE