# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| WILLIAM BRYON LEONARD, | Case No. 2:99-cv-00360-MMD-DJA |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Petitioner William Bryon Leonard has filed a motion for extension of time to file his response to Respondents' motion to alter or amend the judgment. (ECF No. 254 ("Motion").) This is Petitioner's first request for an extension of this deadline, and Petitioner reports that Respondents do not oppose the request. (*Id.*) The Court finds good cause exists to grant the Motion.

It is therefore ordered that the motion for extension of time (ECF No. 254) is granted. Petitioner will have up to and including October 23, 2023, to file his response to the motion to alter or amend the judgment.

DATED THIS 22nd Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE