# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM BRYON LEONARD,<br><br>Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 2:99-cv-00360-MMD-DJA<br><br>ORDER |

Respondents have filed a motion for extension of time to file their reply to their motion to alter or amend the judgment. (ECF No. 257 ("Motion").) This is Respondents' first request for an extension of this deadline, and Respondents reports that Petitioner William Bryon Leonard does not oppose the request. (*Id.*) The Court finds good cause exists to grant the Motion.

It is therefore ordered that the motion for extension of time (ECF No. 257) is granted. Respondents have up to and including November 27, 2023, to file their reply to the motion to alter or amend the judgment.

DATED THIS 2nd Day of November 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE