UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM BRYON LEONARD,<br><br>    Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:99-cv-00360-MMD-DJA<br><br>ORDER |

Respondents have filed a motion for extension of time to file their reply to their motion to alter or amend the judgment. (ECF No. 259 ("Motion").) This is Respondents' second request for an extension of this deadline, and Respondents report that Petitioner William Bryon Leonard does not oppose the request. (*Id.*) The Court finds good cause exists to grant the Motion.

It is therefore ordered that the motion for extension of time (ECF No. 259) is granted. Respondents have up to and including December 4, 2023 to file their reply to the motion to alter or amend the judgment.

DATED THIS 27th Day of November 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE